IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HARRISON L. SPENCER and SANDRA L. SPENCER, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     1:05CV852<br>) |
| CITIFINANCIAL MORTGAGE COMPANY, INC., | )<br>)<br>) |
| Defendant. | ) |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously herewith, IT IS ORDERED that Defendant's Motion to Dismiss [Document #14 in 1:05CV852] is GRANTED and this case is hereby DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that all other pending motions are denied as moot.

This, the 26th day of September, 2006.

_____
United States District Judge